IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00687-CMA-BNB

MARTIN C. GROSS, a Colorado citizen, and
MILFORD S. PEPPER, a Colorado citizen,

    Plaintiffs,

v.

ROBERT SILVERBERG, a Colorado citizen,
JOHN CORK, an Arizona citizen,
HAROLD KAY, a Florida citizen,
EDWARD FRANKEL, a Florida citizen,
DANA DEVENDORF, a Florida citizen,
DEVENDORF & ASSOCIATES, P. A., a Florida professional association,
JUPITER PARTNERS, LLC, a Florida limited liability corporation,
JUPITER PARTNERS II, LLC, a Florida limited liability corporation,
PALMBEACH FINANCE, LLC, a Florida limited liability corporation, and
CORONADO WEST INC., an Arizona corporation,

    Defendants.

## ORDER OF RECUSAL

On April 14, 2010, the Court filed a Notice of Disclosure (Doc. # 20) regarding the fact that Thomas H. Wagner, counsel for Plaintiffs, was her law clerk from October 2008 through September 2009. Based on this disclosure, on April 23, 2010, the Florida Defendants filed a Motion for Recusal (Doc. # 22). That motion is GRANTED, and the Court hereby recuses herself from this case. It is, therefore,

2

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED:  April __23__, 2010

BY THE COURT:

*[signature: Christine M Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge