IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-00687-REB- BNB | Date: October 21, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| MARTIN C. GROSS, and<br>a Colorado citizen<br>MILFORD S. PEPPER,<br>a Colorado citizen | Thomas Wagner<br>Eric Liebman |

Plaintiff(s),

v.

| | |
|---|---|
| ROBERT SILVERBERG,<br>a Colorado citizen | Paul Silverberg |
| JOHN CORK,<br>an Arizona citizen, | |
| HAROLD KAY,<br>a Florida citizen | Paul Silverberg |
| EDWARD FRANKEL,<br>a Florida citizen | Paul Silverberg |
| DANA DEVENDORF,<br>a Florida citizen | Paul Silverberg |
| DEVENDORF & ASSOCIATES, P.A.,<br>a Florida professional association | Paul Silverberg |
| JUPITER PARTNERS, LLC,<br>a Florida limited liability corporation | Paul Silverberg |
| JUPITER PARTNERS II, LLC,<br>a Florida limited liability corporation | Paul Silverberg |
| PALM BEACH FINANCE, LLC, and<br>a Florida limited liability corporation,<br>CORONADO WEST, INC.,<br>an Arizona corporation | Paul Silverberg |

Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:      2:30 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Motion to quash subpoena and for protective order as to deposition of trial counsel for Florida defendants [ Doc. #73; filed 9/29/10] is granted as stated on the record.**

**ORDERED:** **Plaintiffs' motion to compel discovery [ Doc. #81; filed 10/5/10] is taken under advisement.**

Court in Recess:   5:00 p.m.   Hearing concluded.   Total time in Court: 02:30

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.