IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  10-cv-00687-REB-BNB

MARTIN C. GROSS, a Colorado citizen, and
MILFORD S. PEPPER, a Colorado citizen,

     Plaintiffs,

v.

ROBERT SILVERBERG, a Colorado citizen,
JOHN CORK, an Arizona citizen,
HAROLD KAY, a Florida citizen,
EDWARD FRANKEL, a Florida citizen,
DANA DEVENDORF, a Florida citizen,
DEVENDORF & ASSOCIATES, P.A., a Florida professional association,
JUPITER PARTNERS, LLC, a Florida limited liability corporation,
JUPITER PARTNERS II, LLC, a Florida limited liability corporation,
PALM BEACH FINANCE, LLC, a Florida limited liability corporation, and
CORONADO WEST, INC., an Arizona corporation,

     Defendants.

## ORDER DISMISSING DEFENDANTS, JOHN CORK AND CORONADO WEST, INC., ONLY

**Blackburn, J.**

     The matter before me is the **Notice of Dismissal of Defendants John Cork and Coronado West, Inc.** [#102] filed October 27, 2010.  After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiffs' claims against defendants, John Cork and Coronado West, Inc., should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Notice of Dismissal of Defendants John Cork and Coronado West, Inc.** [#102] filed October 27, 2010, is **APPROVED**;

2.  That plaintiffs' claims against defendants, John Cork and Coronado West, Inc., are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That any pending motion filed by or on behalf of defendants, John Cork and Coronado West, Inc., are **DENIED** as moot; and

4.  That defendants, John Cork and Coronado West, Inc., are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated October 28, 2010, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge