IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00687-REB-BNB

MARTIN C. GROSS, a Colorado citizen, and
MILFORD S. PEPPER, a Colorado citizen,

Plaintiffs,

v.

ROBERT SILVERBERG, a Colorado citizen,

Defendant.
_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
AND ORDER**
_____

This matter arises on **Plaintiffs' Unopposed Motion for Stay of Pretrial Deadlines Pending Decision on Unopposed Motion for Transfer of Venue** [Doc. # 131, filed 1/19/2010] (the "Motion to Stay"). In support of the Motion to Stay, the parties point out that the district judge previously found that venue for many of the plaintiffs' claims is proper exclusively in Florida; that he dismissed those claims (and numerous defendants) without prejudice based on improper venue; and that the plaintiff has filed an Unopposed Motion for Transfer of Venue, to which the defendants have consented. The Unopposed Motion for Transfer of Venue is pending before the district judge and has not been referred to me.

The case is in its late stages, with numerous pretrial deadlines approaching. The district judge has set a trial preparation conference for March 4, 2011, and trial is set to commence on March 21, 2011. There are certain pretrial motions pending which must be decided before trial, and a final pretrial conference, which must occur prior to the trial preparation conference, is set

for January 28, 2011.  Staying proceedings at this time will substantially impact matters set to occur before the district judge, and I, of course, lack authority to alter those deadlines.  Consequently, it is appropriate to stay the case only if the deadline for the trial preparation conference and trial date are extended.  Accordingly,

I respectfully RECOMMEND that the trial preparation conference and trial be VACATED, to be set, if appropriate, at a later date.

FURTHER, IT IS ORDERED:

(1) The Motion to Stay [Doc. # 131] is GRANTED, and all pretrial deadlines are STAYED pending a decision on Plaintiffs' Unopposed Motion for Transfer of Venue;

(2) The final pretrial conference and the motion hearing, both set for January 28, 2011, at 8:30 a.m., are VACATED;

(3) The parties shall file a status report within three business days after any ruling by the district judge on the Unopposed Motion for Transfer of Venue, notifying me of the ruling and discussing what proceedings, if any, should be reset in this court; and

(4) Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have 14 days after service of this recommendation to serve and file specific, written objections.  A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions.  Makin v. Colorado Dept. of Corrections, 183 F.3d 1205, 1210 (10th Cir. 1999); Talley v. Hesse, 91 F.3d 1411, 1412-13 (10th Cir. 1996).  A party's objections to this recommendation must be both

timely and specific to preserve an issue for *de novo* review by the district court or for appellate review.  United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated January 20, 2011.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge